<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VINCENT MOTA,<br><br>    Plaintiff,<br><br>    v.<br><br>FBI, *et al.*,<br><br>    Defendants. | No. 25cv15826 (EP) (SDA)<br><br>**MEMORANDUM ORDER** |

**PADIN, District Judge.**

*Pro se* Plaintiff Vincent Mota alleges deprivation of, among others, his rights under the First and Fourteenth Amendments of the United States Constitution. D.E. 1 ("Complaint"). Plaintiff has neither paid the applicable $350 filing fee for a civil case under 28 U.S.C. § 1914(a), nor the $55 administrative fee under Appendix K to the Local Civil Rules.

Plaintiff did file an application to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a). D.E. 1-1 ("IFP Application"). Upon review of Plaintiff's IFP Application, however, it appears that he has not provided all the necessary information required by the instructions set forth in the IFP Application, which requires applicants to "[c]omplete all questions in [the] application" and instructs applicants "not [to] leave any blanks: if the answer to a question is '0,' 'none,' or 'not applicable (N/A),' write that response." *See* IFP Application at 1. Here, Plaintiff's IFP Application has numerous blank entries, including, but not limited to, his income from "Self-employment," "Income from real property," "Interest and dividends," "Gifts," "Alimony," "Child support," "Retirement," "Disability," "Unemployment payments," and "Public-assistance" in Question 1, the dates of employment and his gross monthly pay from the job he listed in Question 2, and all of Questions 3, 5, and 7. *See id.* The Court is therefore "unable to determine whether

Plaintiff has the ability to pay fees and costs." *Watson v. Washington Twp. of Gloucester Cty. Pub. Sch. Dist.*, No. 09-3650, 2009 WL 2778282, at *2 (D.N.J. Aug. 28, 2009).

Accordingly,

**IT IS**, on this 28th day of January 2026,

**ORDERED** that Plaintiff's IFP Application, D.E. 1-1, is **DENIED** *without prejudice*; and it is further

**ORDERED** that the Clerk of Court shall mark the Complaint, D.E. 1, received; and it is further

**ORDERED** the Clerk of Court shall **ADMINISTRATIVELY TERMINATE** this action due to Plaintiff's failure to satisfy the filing fee requirement or alternatively submit a properly completed IFP application; and it is further

**ORDERED** that if Plaintiff wishes to reopen this action he shall either, within **30 days** of entry of this Order: (1) pay the $405 civil filing and administrative fees, pursuant to 28 U.S.C. § 1914(a) and Appendix K to the Local Civil Rules; or (2) submit a properly completed IFP application on Form AO 239, available at https://www.njd.uscourts.gov/sites/njd/files/forms/AO-239.pdf; and it is further

**ORDERED** that the Clerk of Court shall send Plaintiff a blank Form AO 239 by regular mail; and it is finally

**ORDERED** that the Clerk of Court shall send a copy of this Order to Plaintiff by regular mail.

_____
Evelyn Padin, U.S.D.J.